## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF VIRGINIA
### Western (Lynchburg) Division

In Re:   Hallie Cornelia Thaxton                     Case No. 16-61473-RBC
                                                     Chapter 13

### LINE OF APPEARANCE

Please enter the appearance of Dinh Ngo, Esq. and McCabe, Weisberg & Conway, LLC, as counsel for the secured creditor, Ocwen Loan Servicing LLC, and add our name to the Mailing Matrix to receive copies of all Motions, Orders, Plans, and Notices filed herein.

/s/  Dinh Ngo, Esq.
Attorney for Movant
Bar No. 85661
McCabe, Weisberg & Conway, P.C.
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-1196
bankruptcyva@mwc-law.com

### Certificate of Service

I hereby certify that on 28th day of July, 2016 copies of the foregoing Notice were mailed, first class, postage prepaid to:

Hallie Cornelia Thaxton
2117 Endinboro Avenue
Lynchburg, Virginia  24502

Copies were sent electronically thru the CM/ECF system to Heidi B. Shafer, Esq., and Herbert L. Beskin (82), Trustee.

/s/ Dinh Ngo, Esq.

15-715286